# United States Court of Appeals
## For the First Circuit

No. 14-1991

INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Plaintiff, Appellant,

v.

GREAT NORTHERN INSURANCE COMPANY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 29, 2015, is amended as follows:

On page 3, line 16, a period is inserted after "<u>Ins</u>"
On page 10, line 15, the word "not" is deleted.
On page 10, line 16, a period is inserted after "<u>Ins</u>"